act it had such right. See, also, 151 N. Y. Supp. 1133.

**NEW YORK ELECTRIC LINES CO. v. GAYNOR et al.** (Supreme Court, Appellate Division, First Department. April 1, 1915.) Action by the New York Electric Lines Company against William J. Gaynor and others. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 153 N. Y. Supp. 244.

**NICHOLAS GREGORIE & CO., Respondent, v. MALCKE BLDG. CORPORATION, Appellant, et al.** (Supreme Court, Appellate Division, First Department. May 14, 1915.) Action by Nicholas Gregorie & Co. against the Malcke Building Corporation, impleaded with others. L. O. Van Doren, of New York City, for appellant. M. M. Menken, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

**In re NORTON.** (Supreme Court, Appellate Division, Second Department. June 11, 1915.) In the matter of the petition of and by Peter J. Norton, for a visitation of and by a Justice of the Supreme Court, of the Springfield, L. I., Cemetery Society. No opinion. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Settle order before the Presiding Justice. For former opinion, see 153 N. Y. Supp. 798.

**O'NEILL, Respondent, v. MELCHNER, Appellant.** (Supreme Court, Appellate Division, First Department. May 14, 1915.) Action by John J. O'Neill against Leopold Melchner. A. J. Talley, of New York City, for appellant. A. Gross, of New York City, for respondent.
PER CURIAM. Order modified, by requiring plaintiff to pay all costs of the action to date, and, as so modified, affirmed, without costs. Settle order on notice.
LAUGHLIN and SCOTT, JJ., dissent.

**ORTH et al. v. KAESCHE et al.** (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by Paul Orth and another against Max B. Kaesche and another. No opinion. Motion for resettlement granted. Settle order on notice. See, also, 165 App. Div. 513, 150 N. Y. Supp. 957.

**OTWAY, Respondent, v. SNARE & TRIEST CO., Appellant.** (Supreme Court, Appellate Division, Second Department. May 7, 1915.) Action by Frank S. Otway against the Snare & Triest Company. No opinion. Motion for leave to appeal (152 N. Y. Supp. 845) to the Court of Appeals denied.

**OUSTEROUT, Appellant, v. ANDREWS, Respondent.** (Supreme Court, Appellate Division, Fourth Department. April 28, 1915.) Action by William B. Ousterout, as administrator, etc., against John T. Andrews. No opinion. Motion granted, and appeal dismissed, with costs.

**PAKULSKI, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant.** (Supreme Court, Appellate Division, Fourth Department. April 28, 1915.) Action by Vincent Pakulski, an infant, etc., against the New York Central & Hudson River Railroad Company.
PER CURIAM. Judgment and order affirmed, with costs.
FOOTE, J., dissents, upon the ground that the plaintiff was himself negligent as matter of law, since there was no emergency, invitation, or urgent motive to excuse his attempt to board defendant's moving train.

**In re PALISADE CONFECTIONERY CO.** (Supreme Court, Appellate Division, Second Department. June 4, 1915.) In the matter of the general assignment of the Palisade Confectionery Company to Julius Moral for the benefit of creditors. No opinion. Order of the County Court of Westchester County affirmed, with $10 costs and disbursements.

**PANGBURN, Respondent, v. BUICK MOTOR CO., Appellant, et al.** (Supreme Court, Appellate Division, Third Department. May 28, 1915.) Action by Alfred Pangburn against the Buick Motor Company, impleaded with another. No opinion. Motion denied. See, also, 152 N. Y. Supp. 1131.

**PAULSON et al., Respondents, v. JESSE V. PALMER CO., Appellant.** (Supreme Court, Appellate Division, First Department. June 18, 1915.) Action by Leonard Paulson and another against the Jesse V. Palmer Company. H. Van Kirk, of Greenwich, for appellant. H. A. Rubino, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

**In re PENFOLD.** (Supreme Court, Appellate Division, First Department. May 21, 1915.) In the matter of Josephine Penfold, deceased. No opinion. Orders (in 87 Misc. Rep. 522, 149 N. Y. Supp. 920) affirmed with costs on opinion of Fowler, S. Orders filed.

**PENSABENE v. F. & J. AUDITORE CO.** (Supreme Court, Appellate Division, Second Department. June 17, 1915.) Action by Francesco Pensabene, as administrator, against the F. & J. Auditore Company. No opinion. Motion denied, with $10 costs. See, also, 156 App. Div. 908, 141 N. Y. Supp. 1135.

**PEOPLE, Respondent, v. ANZELOTTI, Appellant.** (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Proceeding